UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

LINDA L. COLTON,

        Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration,

        Defendants.

Case No. 3:15-cv-01962-CL
ORDER

Aiken, Judge:

Magistrate Judge Clarke issued Findings and Recommendation in the above-captioned cases, recommending that the Commissioner's decision be reversed and remanded for further proceedings. The matter is now before me. *See* 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. 28 U.S.C. § 636(b)(1); *McDonnell Douglas Corp. v. Commodore*

1   - ORDER

*Business Machines, Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Plaintiff filed objections to the Findings and Recommendation. Upon de novo review, I find no error.

Accordingly, IT IS HEREBY ORDERED that Magistrate Judge Clarke's Findings and Recommendation (doc. 16) is ADOPTED in its entirety. The decision of the Commissioner is REVERSED and REMANDED for administrative proceedings consistent with the Findings and Recommendation.

IT IS SO ORDERED.

Dated this 21st day of November, 2016.

_____
Ann Aiken
United States District Judge

2  - ORDER